80 A.3d 729

LORRAINE GROMLEY, PLAINTIFF, v. LATANYA WOOD EL, JEN-
NIFER VELEZ, WILLIAM WALDMAN, KEVIN MARTONE,
ALAN G. KAUFMAN, AND JOHN/JANE DOES 1–12, DEFEN-
DANTS–MOVANTS.

April 12, 2012.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that the motion for leave to appeal is granted.